CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Bryan Valenzuela-Caldera**<br>DOB: 2000; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-09414MJ |
| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i). | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about August 20, 2025, in the District of Arizona, **Bryan Valenzuela-Caldera**, knowing and in reckless disregard of the fact that certain illegal aliens, including Jose Manuel Cruz-Cruz, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On August 20, 2025, in the District of Arizona (Nogales), at approximately 2:03 p.m., Border Patrol agents (BPAs) observed a brown Chevrolet pickup truck bearing Sonoran license plate UP8762A with a single occupant. This truck was immediately recognizable as it had been identified by Border Patrol Intelligence agents as potentially involved in alien smuggling. Additionally, it was seen the day prior to this event, in Nogales, Arizona around the same time of day. On the previous day, BPAs observed the truck as it traveled north on Interstate 19 (I-19) away from the international border at a high rate of speed and then exited and got back on the interstate to travel southbound. About 20 minutes later, it was then seen traveling east on State Route (SR) 82 at a high rate of speed. Given the high rate of speed, agents were unable to maintain visual of the truck on that day.

On August 20, 2025, BPAs observed the truck as it drove around Nogales, Arizona for a couple hours, making several stops. The truck drove into a Food City parking lot and then drove to a Cricket phone store. The driver was on his phone when he went into the Cricket store and on his phone when he came out of the store. The driver then traveled around Nogales, northbound on Grand Avenue and went into a T-Mobile parking lot, before then cutting across the lot to travel southbound on Grand Avenue. As the truck took multiple other turns, BPAs lost visual of the truck and then found it in the Burger King parking lot. The truck then left the parking lot, went to the Shell gas station, fueled up the truck while the driver talked on his cell phone. The driver then went back to the Burder King parking lot and parked again for approximately one hour. Around 4:10 p.m., BPAs observed the truck leave, heading north on West Street toward Elm Street. The agents lost visual, then regained visual at 4:30 p.m. as it was traveling west on Western Avenue, and then lost visual as the truck headed toward I-19. BPAs conveyed their observations to other agents in the field.

At approximately 5:18 p.m., BPAs observed the truck now traveling east on SR-82 at a high rate of speed. BPAs caught up to the truck and noticed there were now three occupants inside. BPAs observed the driver, a passenger in the front seat and a passenger in the backseat directly behind the passenger.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Jose Manuel Cruz-Cruz

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Nick Piccolo<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 21, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Price

**Continued from front page.**
As BPAs approached the suspect vehicle, it slowed down to below the posted speed limit. This is a common tactic used by smugglers to allow law enforcement to pass them by. BPAs could see the two passengers turning their heads as if to look at the BP vehicle. BPAs could also see the brim of the driver's hat moving from side to side and the driver seemed to be paying attention to the BPAs' vehicle. BPAs initiated a vehicle stop for an immigration inspection at approximately 5:22 p.m. The driver used his turn signal to pull off on the north side of the road. As BPAs pulled behind the truck, the driver pulled back onto the road and sped away, now travelling westbound on SR-82. At the SR 82 and Grand Avenue junction, the driver struck a civilian vehicle from behind. BPAs observed the truck being pinned behind the vehicle it struck. To try and escape, the driver pressed the accelerator on the vehicle attempting to move the civilian vehicle. The driver then reversed and drove past the vehicle, making several turns until stopping at the dead end of Morley Avenue. At that point, the driver put the truck in reverse and hit the BPA's vehicle behind him. The driver then fled on foot, leaving the vehicle in reverse in an apparent attempt to create more time to escape. BPAs pursued the driver and apprehended him. The driver was identified as **Bryan Valenzuela-Caldera**. The two passengers remained in the truck. BPAs conducted immigration inspections on the two passengers and determined they were Mexican citizens in the United States illegally. Record checks revealed that the two passengers, including Jose Manuel Cruz-Cruz, do not possess the proper documentation to enter, pass through, or remain in the United States legally. Agents also observed camouflage clothing on the floor of the rear passenger seat. **Valenzuela** and the two passengers were taken into custody.

After waiving his *Miranda* rights, **Bryan Valenzuela-Caldera** stated he was born in California but moved to Sonora, Mexico as a newborn. **Valenzuela** stated he recently moved to Nogales, Sonora and claimed that he crossed this morning to work in construction. He stated that he went to Patagonia then came back to Nogales to buy clothes for his girlfriend. **Valenzuela** claimed that as he was driving southbound on the freeway, he was suddenly stopped by two people that jumped in front of him. **Valenzuela** claimed that the two people he picked up threatened him. **Valenzuela** said that the two people jumped in and forced themselves into his truck. Without being asked, **Valenzuela** also claimed that he did not know the two people who jumped into his truck were here illegally. **Valenzuela** said that he was not involved at all with human smuggling. **Valenzuela** claimed he was not going to get paid. **Valenzuela** also said that he fled from Border Patrol agents because the two people in his truck told him that they would harm him if he stopped.

Material witness Jose Manuel Cruz-Cruz is a Mexican citizen and stated that his aunt made arrangements for him to be smuggled to New Jersey. He did not know how much his aunt was going to pay. Cruz stated he crossed illegally into the United States around noon on August 20, 2025, by jumping the border wall. He stated he then crawled over two to three small ridges and was instructed to hide near the top of a ridge. After a couple of hours, the other passenger apprehended with him in the truck, joined his location. Cruz stated he then received a phone call from a different cellphone number instructing him to get inside a vehicle that was going to stop and honk. Cruz said he heard a vehicle honk on the side of the freeway. Cruz said he and the other subject got inside a Chevrolet crew cab pickup truck still wearing camouflage clothing. Cruz took off the camouflage clothing once inside the truck. Cruz stated that the driver hit a vehicle on the road as he was fleeing from BPAs. Cruz stated he did not feel scared but that he did tell the driver to stop, and the driver responded, "Nos vamos a pelar" (We are going to get away). Cruz stated that the driver took off running and that was the reason the truck backed up into the BPA service vehicle.